# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 1,499,852,966 SHIBA INU (SHIB) CRYPTOCURRENCY FROM BINANCE ACCOUNT NUMBER ENDING IN 1107,

Defendant.

Case No. 22-CV-724-JPS

**ORDER**

This action for civil forfeiture in rem was filed in June 2022 and unsealed in June 2026. ECF Nos. 1, 19. The United States seeks forfeiture of the defendant property because "(1) it represents proceeds of distribution of controlled substances and a conspiracy to distribute, manufacture, or possess with the intent to manufacture, distribute, or dispense controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and 846; and (2) it represents proceeds of distribution of controlled substances by means of the Internet and a conspiracy to deliver, distribute, or dispense controlled substances by means of the Internet, in violation of 21 U.S.C. §§ 841(h) and 846." ECF No. 1 at 2. Accordingly, the United States contends that the property is subject to forfeiture under 21 U.S.C. § 881(a)(6). *Id.*

On June 8, 2026, the United States provided notice of this civil forfeiture action to the potential claimant to the defendant property, advising him of the deadline to file a claim. ECF No. 22. The potential claimant failed to respond in the time permitted. In July 2026, the United

States advised the Court and the potential claimant that it intended to move for default judgment against the defendant property. ECF No. 25. On August 11, 2026, the United States followed through and moved for default judgment against the defendant property and certified that it served the motion on the potential claimant.[1] ECF Nos. 27 and 28. The potential claimant has not responded to the motion for default judgment, or submitted any other filings, and the time in which to do so has expired. CIV. L.R. 7(b). No other verified claims or answers have been filed in this matter and the time in which to do so has passed. FED. R. CIV. P. SUPP. R. G(5)(a)–(b); FED. R. CIV. P. 12. The Court will, therefore, grant the United States' motion for default judgment, and enter default judgment against the defendant property. FED. R. CIV. P. 55(b).

Accordingly,

**IT IS ORDERED** that the United States' motion for default judgment, ECF No. 27, be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the defendant property, approximately 1,499,852,966 Shiba Inu (SHIB) cryptocurrency from Binance account number ending in 1107, be and the same is hereby **FORFEITED** to

[1]The United States served its notice of forfeiture action, notice of intent to move for default judgment, and default judgment motion on the potential claimant by email. ECF No. 22 at 1; ECF No. 25 at 2; ECF No. 28. At the Court's direction, the Government provided a supplemental statement explaining how it obtained the potential claimant's email address and why the Court could rely on the accuracy of that email address for purposes of service. *See* Sept. 8, 2026 text order. The Court is satisfied that the email address is accurate and concludes that, under these circumstances, service by email was sufficient for purposes of due process. *See United States v. Approx. 32133.63 Tether (USDT) Cryptocurrency from Binance Account Number Ending in 8770*, No. 22-CV-989-PP, 2023 WL 5334352, at *2 (E.D. Wis. Aug. 18, 2023).

the United States and that no right, title, or interest in the defendant property shall exist in any other party;

**IT IS FURTHER ORDERED** that the defendant property shall be seized forthwith by the United States Marshals Service for the Eastern District of Wisconsin or its duly authorized agent and shall be disposed of according to law; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 30th day of September, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge